IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KENNETH GLOVER<br>Plaintiff, | : | CIVIL ACTION |
| v. | : | NO. 10-901 |
| MICHAEL J. ASTRUE,<br>Commissioner of the<br>Social Security Administration,<br>Defendant. | : | |

**ORDER**

**AND NOW**, this 25th day of April, 2011, upon independent review of the brief in support of review filed by Plaintiff, Defendant's response, and Plaintiff's reply thereto (Doc. Nos. 7, 8 & 10), and after careful consideration of the Report and Recommendation of United States Magistrate Judge David R. Strawbridge, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**; and

2. The decision of the Commissioner is **AFFIRMED**.

BY THE COURT:

J. CURTIS JOYNER, J.